UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE NIETO,<br><br>   Petitioner,<br><br>   v.<br><br>THERESA CISNEROS,<br><br>   Respondent. | Case No.  1:21-cv-01582-HBK<br><br>ORDER STRIKING IMPROPER PLEADING FROM THE RECORD<br><br>(Doc. No. 10) |

Petitioner Eddie Nieto, a state prisoner, has pending a *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254. (Doc. No. 1).  Before the Court is Petitioner's one page pleading titled "Motion for a New Trial" with "reference to CALCRIM No. 1201 during deliberation the jury request for readback was denied."  (Doc. No. 10).  The Court cannot discern the purpose of the pleading.  Liberally construed, it appears Petitioner is expanding on the argument he set forth in his petition.  Neither the Federal Rules of Civil Procedure nor the Local Rules provide for the right to file additional pleadings outside those described in Fed. R. Civ. P. 7(a).  To the extent Petitioner seeks to amend his petition, he should seek leave of the Court to do so under Fed. R. Civ. P. 15(a)(2).

Accordingly, it is **ORDERED**:

The Clerk of Court is directed to terminate the motion associated with Petitioner's unauthorized pleading (Doc. No. 10) and STRIKE it from the record.

1

1
2   Dated:   February 22, 2022
3
                                          HELENA M. BARCH-KUCHTA
                                          UNITED STATES MAGISTRATE JUDGE

No. 202