UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE NIETO,<br><br>             Petitioner,<br><br>     v.<br><br>THERESA CISNEROS,<br><br>             Respondent. | Case No.  1:21-cv-01582-JLT-HBK (HC)<br><br>ORDER STRIKING LETTER FROM THE RECORD<br><br>(Doc. No. 17) |

    Petitioner, a state prisoner, has an amended *pro se* petition for writ of habeas corpus under 28 U.S.C. § 2254 pending.  (Doc. No. 16).  On April 4, 2022, Petitioner filed a letter addressed to the "Courts" requesting legal advice regarding how to proceed with his case.  (Doc. No. 17).  Under the Federal Rules of Civil Procedure and this Court's Local Rules, all requests for a relief from the court must be made by motion and served on all parties to the action.  *See* Federal Rules of Civil Procedure 5(a)(1)(D), 7(b)(1); Local Rule 135(d).  Further, the Court does not render legal advice to any litigant.

    Accordingly, the **Clerk of Court** shall **STRIKE** the improperly filed letter (Doc. No. 17) from the docket.

Dated:  May 10, 2022

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28