UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDDIE NIETO,<br><br>　　　　　Petitioner,<br><br>　　v.<br><br>THERESA CISNEROS,<br><br>　　　　　Respondent. | Case No.　1:21-cv-01582-JLT-HBK (HC)<br><br>ORDER STRIKING IMPROPER PLEADINGS FROM THE RECORD<br><br>(Doc. Nos. 28, 29) |

     On October 11, 2022, the District Court adopted the undersigned's findings and recommendations[1] and granted Respondent's motion to dismiss Petitioner's amended petition for writ of habeas corpus under 28 U.S.C. § 2254.  (Doc. No. 24).  The case was closed, and judgment was entered on the same day.  (Doc. Nos. 25, 26).  On October 13, 2022, Petitioner filed objections, which the District Court construed as a motion for reconsideration and denied the same on November 8, 2022.  (Doc. No. 27).

     On February 6, 2023, Petitioner filed two pleadings, which the Clerk docketed as "Responses" to the District Court's November 8, 2022 Order denying Petitioner's construed motion for reconsideration.  (Doc. Nos. 28, 29).  The Court cannot discern the purpose of either pleading and neither pleading requests any relief.  (Doc Nos. 28, 29).  Neither the Federal Rules

---

[1] The undersigned issued findings and recommendation on July 28, 2022.  (Doc. No. 28).

1

of Civil Procedure nor the Local Rules provide for the right to file additional pleadings outside those described in Fed. R. Civ. P. 7(a).

Accordingly, it is **ORDERED**:

The Clerk of Court is directed to STRIKE the unauthorized pleadings (Doc. Nos. 28, 29) from the record.

Dated:   February 13, 2023

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2